# United States District Court
# Central District of California

| | |
|---|---|
| JOSE VALENCIA,<br><br>    Plaintiff,<br><br>v.<br><br>Q.E.D. SYSTEMS, INC., et al.,<br><br>    Defendants. | Case No. 2:20-cv-07683-VAP-RAOx<br><br>**ORDER OF DISMISSAL** |

The Court having been advised by counsel for the parties that the above-entitled action has settled,

IT IS ORDERED that this action be, and hereby is, dismissed in its entirety without prejudice.

THE COURT will retain jurisdiction for a period of thirty (30) days to enforce the terms of the settlement. All pending dates are hereby vacated.

Dated: June 30, 2021

                                      VIRGINIA A. PHILLIPS
                                      United States District Judge