JS-5/ JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSE VALENCIA, on behalf of himself, all others similarly situated,<br><br>    *Plaintiff*,<br><br>    vs.<br><br>Q.E.D. SYSTEMS, INC., a Virginia corporation; and DOES 1 through 50, inclusive,<br><br>    *Defendants*. | Case No. 2:20-cv-07683-VAP-RAOx<br><br>Assigned for All Purposes to the Honorable Virginia A. Phillips, Courtroom 8A<br><br>**ORDER GRANTING STIPULATION TO REOPEN AND REMAND ACTION**<br><br>Action Filed:    July 23, 2020<br>Date of Removal:  August 24, 2020 |

**ORDER**

Upon review of the Parties' Joint Stipulation to Reopen and Remand Action to State Court, and for good cause shown, the Court hereby GRANTS the stipulation and ORDERS as follows:

1. The Order of Dismissal entered on June 30, 2021 is hereby VACATED;
2. This case is hereby reopened and reinstated to the Court's active docket;
3. This case is remanded back to the Superior Court of California, County of Los Angeles;
4. Each party shall bear their own costs and fees incurred in connection with the removal and subsequent remand of this action.

**IT IS SO ORDERED.**

Dated: July 9, 2021

Hon. Virginia A. Phillips
United States District Judge